

Argued April 22, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and MCBRIDE, JJ.

*Herbert B. Lebovitz*, for appellant.

*David Stahl*, City Solicitor, with him *John M. Marshall*, First Assistant City Solicitor, for appellee.

OPINION PER CURIAM, June 30, 1959:

The judgment of nonsuit is affirmed on the Opinion of Judge KENNEDY, reported in 17 Pa. D. & C. 2d 287.

Bradley, Appellant, *v.* Price.

Argued May 5, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and McBRIDE, JJ.

*John J. O'Brien, Jr.*, for appellants.

*C. Norwood Wherry,* with him *Albert E. Holl, Jr.,* for Second Media Federal Loan & Savings Association, appellee.

OPINION PER CURIAM, June 30, 1959:

Order affirmed on the opinion of the court below appearing in 17 Pa. D. & C. 2d 368.